AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2-15-08 |
| NAME OF SERVER *(PRINT)* <br> R.S. HOOPER | TITLE <br> PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

    c/o SUE ROBERTS  ECSO
                  WARDEN

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    2-15-08        *R.L. Hooper*
              Date                         Signature of Server

                    8325 CROSSLAND LOOP, MONTGOMERY, AL 36117
                    Address of Server

**RETURNED AND FILED**

**FEB 19 2008**

**CLERK**
**U. S. DISTRICT COURT**
**MIDDLE DIST. OF ALA.**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

William A. Kirkland

V.

Elmore County Commission, Chief Jailer Kearley, Chief Deputy Rickey Lowery

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08-CV-86

TO: (Name and address of Defendant)

**Jailer Kearley
8955 US Highway 231
Wetumpka, AL 36092**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Scott Hooper P.O. Box 241493 Montgomery, AL 36124-1493 or
J. Scott Hooper 8325 Crossland Loop Montgomery, AL 36117
334-271-1555

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE 2/7/08

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 2-15-08 |
| NAME OF SERVER (PRINT) R.S. HOOPER | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

    c/o TRACEY JACKSON / ECSO

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2-15-08     _R. Hooper_
           Date                  Signature of Server

    8325 CROSSLAND LOOP, MONTGOMERY, AL 36117
    Address of Server

RETURNED AND FILED

FEB 19 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

William A. Kirkland

V.

Elmore County Commission, Chief Jailer
Kearley, Chief Deputy Rickey Lowery

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08-CV-86-

TO: (Name and address of Defendant)

Chief Deputy Rickey Lowery
8955 US Highway 231, Wetumpka, AL 36092

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Scott Hooper P.O. Box 241493 Montgomery, AL 36124-1493 or
J. Scott Hooper 8325 Crossland Loop Montgomery, AL 36117
334-271-1555

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                    2/7/08

CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 2-15-08  1220 HRS |
| NAME OF SERVER *(PRINT)* R.S. HOOPER | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-15-08
            Date

Signature of Server: R.S. Hooper

Address of Server: 8325 CROSSLAND LOOP, MONTGOMERY, AL 36117

RETURNED AND FILED
FEB 19 2008
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

William A. Kirkland

V.

Elmore County Commission, Chief Jailer Kearley, Chief Deputy Rickey Lowery

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08-cv-86

TO: (Name and address of Defendant)

The County Commission Of Elmore County, Alabama
100 East Commerce Street
Wetumpka, AL 36092

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Scott Hooper P.O. Box 241493 Montgomery, AL 36124-1493 or
J. Scott Hooper 8325 Crossland Loop Montgomery, AL 36117
334-271-1555

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  2/7/08