IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
___NORTHERN___ DIVISION

WILLIAM ALLEN KIRKLAND,

    Plaintiff,

v.

ELMORE COUNTY COMMISSION, et al.,

    Defendants,

CASE NO. 2:08-cv-86-WC

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Christopher Kearley__, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

3/21/2008
Date

(Signature)
Daryl L. Masters
(Counsel's Name)

Elmore County Commission, Christopher Kearley, Ricky Lowery
Counsel for (print names of all parties)
Post Office Box 240909
Montgomery, Alabama 36124
Address, City, State Zip Code
(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Daryl L. Masters_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __electronic mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this **21st**_____ day of __March_____ 20__08__, to:

J. Scott Hooper, Esquire

3/21/2008
Date

Signature