IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

William Allen Kirkland
_____,  )
                              )
         Plaintiff,           )
                              )
v.                            )   CASE NO. 2:08-cv-86-WC
                              )
Elmore County Commission, et al )
_____,  )
                              )
         Defendants,          )

RECEIVED
2008 MAR 24  P 4 32

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __William A. Kirkland__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

3/24/2008
Date

(Signature) /s/ Scott Hooper

J. Scott Hooper
(Counsel's Name)

William Allen Kirkland
Counsel for (print names of all parties)

P.O. Box 241493 Montgomery, AL 36124-1493
Address, City, State Zip Code

(334) 271-1555
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

## CERTIFICATE OF SERVICE

I, J. Scott Hooper_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _electronic mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _24_____ day of _March_____ 20_08_ to:

Daryl Lynn Masters  dmasters@webbeley.com, rrbertsson@webbeley.com

Charles Richard Hill, Jr.   rhill@webbeley.com, dharris@webbeley.com

_____

_____

_____

_____

3/24/2008
Date                                                        Signature (J. Scott Hooper)