IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM ALLEN KIRKLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cv-86-WC |
| | ) | |
| THE COUNTY COMMISSION | ) | |
| OF ELMORE COUNTY, ALABAMA, | ) | |
| et al., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On 10 March 2008, Defendants filed Motions to Dismiss (Docs. #4 & 6). Accordingly, it is

ORDERED that Plaintiff shall file a response to the Motions on or before **28 May 2008.**

Previously, the parties were notified of the assignment of this case to a Magistrate Judge and the right to request reassignment. The parties have indicated their consent to a Magistrate Judge's jurisdiction by not requesting reassignment; therefore, as indicated in the notice of assignment, the parties must now confirm their consent in writing. Accordingly, it is

ORDERED that on or before **16 May 2008**, each party shall complete and send to the Clerk of the Court the attached consent form.

DONE this 7th day of May, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM ALLEN KIRKLAND,           ) | |
| )                                  | |
| Plaintiff,                       ) | |
| )                                  | |
| v.                               ) | CASE NO. 2:08-cv-86-WC |
| )                                  | |
| THE COUNTY COMMISSION            ) | |
| OF ELMORE COUNTY, ALABAMA,       ) | |
| et al.,                          ) | |
| )                                  | |
| Defendant.                       ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____         _____
DATE                                                             SIGNATURE

                                                                  _____
                                                                  COUNSEL FOR (print name of all parties)

                                                                  _____
                                                                  ADDRESS, CITY, STATE, ZIP CODE

                                                                  _____
                                                                  TELEPHONE NUMBER

**\*\*\*  DO NOT FILE THIS DOCUMENT ELECTRONICALLY \*\*\***

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

**EXPLANATION OF ASSIGNMENT TO
UNITED STATES MAGISTRATE JUDGE**

This civil case has been randomly assigned to a United States Magistrate Judge of this court.  In accordance with 28 U.S.C. § 636(c), the Magistrate Judges of this court are designated to conduct any and all proceedings in a jury or nonjury civil case and order the entry of final judgment upon the consent of all parties to a case.  Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as any appeal from any judgment entered in this court.

Any party to this lawsuit has the right to consent or decline consent to the jurisdiction of a Magistrate Judge.  To exercise your right to consent you should complete the consent form and return it to the Clerk of the Court as indicated in the court's order.  Litigants, without concern for any adverse consequences, freely may decline consent to the jurisdiction of a Magistrate Judge.  If you decline consent to the jurisdiction of a Magistrate Judge, this case will be reassigned randomly to a District Judge.